# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITEK SYSTEMS, INC.,<br>a Delaware corporation<br><br>　　　　Plaintiff,<br>v.<br><br>UNITED SERVICES AUTOMOBILE<br>ASSOCIATION (USAA),<br>a Texas reciprocal inter-insurance exchange,<br><br>　　　　Defendant. | Case No. 12-cv-462<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF KRISTINE THOMAS, ESQ. IN SUPPORT OF USAA'S MOTION TO DISMISS OR TRANSFER

I, Kristine Thomas, declare as follows:

1. I am at least 18 years of age and can testify to the facts set forth herein based upon personal knowledge and information. I submit this declaration in support of USAA's Motion to Dismiss or Transfer.

2. I am an attorney admitted in good standing to the Bar of the State of Texas.

3. My position is Vice President, Corporate and Regulatory Counsel, at United Services Automobile Association (hereafter "USAA") and I am familiar with its operations. I work in USAA's San Antonio, Texas (Bexar County) headquarters.

4. USAA has members in Delaware. On the insurance side alone, USAA has over 47,000 active insurance policies in force issued in Delaware to USAA members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kristine Thomas