**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MITEK SYTEMS, INC., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED SERVICES AUTOMOBILE ) <br> ASSOCIATION (USAA), ) <br> a Texas reciprocal inter-insurance exchange, ) <br> ) <br> Defendant. ) | C.A. No. 12-462-GMS <br><br> FILED UNDER SEAL <br><br> REDACTED PUBLIC VERSION |

**DECLARATION OF CHARLES T. GRAVES IN SUPPORT OF
PLAINTIFF MITEK SYSTEMS, INC.'S OPPOSITION TO MOTION TO DISMISS OR
TRANSFER TO THE WESTERN DISTRICT OF TEXAS**

*Pro Hac Vice:*

M. Craig Tyler, TX State Bar No. 00794762
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:    512-338-5400

James C. Yoon, CA State Bar No. 177155
jyoon@wsgr.com
Ryan Smith, CA State Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    650-493-9300

Charles Tait Graves, CA State Bar No. 197923
tgraves@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:    415-947-2000

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**ATTORNEYS FOR PLAINTIFF
MITEK SYSTEMS, INC.**

PUBLIC VERSION FILED:  MAY 9, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITEK SYTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION (USAA), a Texas reciprocal inter-insurance exchange,<br><br>Defendant. | C.A. No. 12-462-GMS<br><br>REDACTED PUBLIC VERSION |

## DECLARATION OF CHARLES T. GRAVES IN SUPPORT OF PLAINTIFF MITEK SYSTEMS, INC.'S OPPOSITION TO MOTION TO DISMISS OR TRANSFER TO THE WESTERN DISTRICT OF TEXAS

I, Charles T. Graves, declare as follows:

1. I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, counsel for Plaintiff Mitek Systems, Inc. ("Mitek"). I admitted to practice law before all courts of the State of California, and I am admitted *pro hac vice* in this case. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Software License Agreement between USAA and Mitek, dated June 28, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of USAA's redacted Complaint, filed in the Western District of Texas, dated March 29, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of USAA's First Amended Complaint and Exhibits L, M, N, and Q thereto, filed in the Western District of Texas, dated April 18, 2012.

-2-

5. Attached hereto as Exhibit 4 is a true and correct copy of Mitek's (1) Renewed Rule 12(b)(3) Motion to Dismiss; and in the alternative, (2) Renewed Motion to Transfer Venue, dated April 25, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on May 7, 2012 at Palo Alto, California.

_____
Charles T. Graves